Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiffs
15 Maiden Lane, Suite 1108
New York, New York 10038
(212) 964-5100

JUDGE BAER

**07 CIV  6424**

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X CASE NO.:

MARILYN GUTTIEREZ; and ALEXIS
HERNANDEZ,

PLAINTIFFS' COMPLAINT

PLAINTIFFS,

(Plaintiff Demands a Trial By Jury
Of All Issues Herein)

-against-



JUL 16 2007

U.S.D.C. S.D. N.Y.
CASHIERS

THE CITY OF NEW YORK, "JOHN DOE",
and "RICHARD ROE",

DEFENDANTS.
----------------------------------------------------------------X

The plaintiffs, by and through their attorney Gary S. Fish, Esq., complains of

defendants as follows:

## I. PARTIES AND JURISDICTION

1. On or about June 12, 2006, and at all times relevant herein, the plaintiffs resided and

reside at 173 23rd Avenue, Patterson, New Jersey 07513.

2. On or about June 12, 2006, and at all times relevant herein, on information and belief,

the defendant The City of New York was and is a municipal corporation organized and

existing under the law of the State of New York, and on said date, and at all times relevant

herein, said defendant had and has a principal place of business located at 530 Municipal

Building, New York, New York 10007.

3. On or about June 12, 2006, and at all times relevant herein, on information and belief,

-1-

defendant "John Doe" and defendant "Richard Roe" were and are New York City Police

Officers employed by defendant The City of New York, and each act of wrongdoing

hereinafter alleged to have been committed by said defendants, was committed

within the scope of their agency and/or authority and/or employment on behalf of defendant The

City of New York.

4. Pursuant to 28 U.S.C. Section 1343(a)(3), the Federal Court herein has original jurisdiction

to redress the deprivation of civil rights under color of any State law, statute, ordinance of any

right, privilege, or immunity secured by the U.S. Constitution, providing for equal rights of

citizens or of all persons within U.S. jurisdiction, and jurisdiction exists herein.

5. Pursuant to 28 U.S.C. Section 1391(b) in a case where jurisdiction is not solely founded on

diversity jurisdiction, such as the present case, venue is proper where the defendant resides or

a judicial district where a substantial part of the events giving rise to the claim occurred, and

venue is proper therefor in the United States District Court, Southern District of New York.

COUNT I
(VIOLATION OF 42 U.S.C. SECTION 1983)

6. On or about June 12, 2006, while the plaintiff Marilyn Guttierez was lawfully traversing in

and around Fifth Avenue, New York, New York with co-plaintiff Alexis Hernandez, and

were in the process of asking a New York City police officer to directions to that day's Puerto

Rican Day Parade, which the plaintiffs had never been to, they were grabbed by undercover

police officers, thrown against the wall, seized, searched, arrested and imprisoned.

7. The defendants caused the plaintiff Marilyn Guttierez to be wrongfully confined and

imprisoned for approximately thirty six (36) hours without probable cause or justification.

-2-

8. On or about July 16, 2007, the criminal case against plaintiff Marilyn Guttierez, Docket #: 2006NY039409 was dismissed by the Judge, Part A, Criminal Court of the City of New York, 100 Centre Street, New York, New York.

9. The unlawful seizure and unlawful search, and/or the false arrest and/or false imprisonment and/or malicious prosecution of the plaintiff Marilyn Guttierez, a Hispanic American, was wrongful, intentional, without justification and/or without probable cause, was part of a substantial and continuous pattern of wrongdoing and stereotypical racial profiling and discrimination by the defendants against Hispanic-Americans, and plaintiff Marilyn Guttierez was thereby denied equal rights, protection, privileges and immunities protected under law pursuant to 42 U.S.C. Section 1983.

10. The violation of plaintiff Marilyn Guttierez's rights secured under 42 U.S.C. Section 1983, was malicious, oppressive, egregious and opprobrious, was calculated to and did result in the loss of plaintiff's liberty rights, and property rights, and defendants, and each of them, are liable for punitive and exemplary damages as a result thereof.

11. As a direct result of defendants' violations of plaintiff Marilyn Guttierez's rights, privileges and immunities secured under 42 U.S.C. Section 1983, said plaintiff was caused to sustain loss of earnings and/or loss of earning capacity.

12. As a direct result of defendants' violations of plaintiff Marilyn Guttierez's rights, privileges and immunities secured under 42 U.S.C. Section 1983, the plaintiff was caused to incur and will incur reasonable attorney fees and costs.

## COUNT II
### (VIOLATION OF 42 U.S.C. SECTION 1983)

13. Plaintiffs herewith repeat, restate, and reallege Paragraphs 1-12 herein above.

14. On or about June 12, 2006, while the plaintiff Alexis Hernandez was lawfully traversing in and around Fifth Avenue, New York, New York with co-plaintiff Marilyn Guttierez, and were in the process of asking a New York City police officer for directions to that day's Puerto Rican Day Parade, which the plaintiffs had never been to, they were grabbed by undercover police officers, thrown against the wall, seized, searched, arrested and imprisoned.

15. The defendants caused plaintiff Alexis Hernandez to be wrongfully confined and imprisoned for approximately thirty six (36) hours without probable cause or justification.

16. On about July 16, 2007, the criminal case against plaintiff Alexis Hernandez, Docket #: 2006NY039351 was dismissed by the Judge, Part A, Criminal Court of the City of New York, 100 Centre Street, New York, New York.

17. The unlawful seizure and unlawful search, and/or the false arrest and/or the false imprisonment and/or malicious prosecution of the plaintiff Alexis Hernandez, a Hispanic American, was wrongful, intentional, without justification and/or without probable cause, was part of a substantial and continuous pattern of wrongdoing and stereotypical racial and ethnic profiling and discrimination by the defendants against Hispanic-Americans, and plaintiff Alexis Hernandez was thereby denied equal rights, protection, privileges and immunities protected under law pursuant to 42 U.S.C. Section 1983.

18. The violation of Alexis Hernandez's rights secured under 42 U.S.C. Section 1983, was malicious, oppressive, egregious, and opprobrious, was calculated to and did result in the loss

-4-

of plaintiff's liberty and property rights, and defendants, and each of them, are liable for punitive and exemplary damages as a result thereof.

19. As a direct result of defendants' violations of plaintiff Alexis Hernandez's rights, privileges, and immunities secured under 42 U.S.S. Section 1983, said plaintiff was caused to sustain loss of earnings, and/or loss of earning capacity.

20. As a direct result of defendants' violations of plaintiff Alexis Hernandez's rights, privileges, and immunities secured under 42 U.S.C. Section 1983, the plaintiff was caused to incur and will incur reasonable attorney fees and costs.

WHEREFORE, plaintiffs prays for relief as follows:

AS AND FOR EACH OF THE FIRST AND SECOND COUNTS:

1. For damages in the amount of $250,000.00 (Two Hundred Fifty Thousand Dollars and Zero Cents);

2. For punitive and exemplary damages in the amount of $1,500,000.00 (One Million Five Hundred Thousand Dollars and Zero Cents)

3. For reasonable attorney fees and costs;

4. For disbursements; and

5. For any other just and equitable relief deemed proper by the Court.

DATED: NEW YORK, NEW YORK
      JULY 16, 2007

Respectfully submitted,

Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiffs
15 Maiden Lane, Suite 1108
NY, NY 10038; (212) 964-5100

-5-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Marilyn Guttierez, and
Alexis Hernandez Plaintiff(s),

    - against -

The City of New York "John Doe"
and "Richard Roe" Defendant(s).

-------------------------------------------------------------X

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

_____ Civ. _____ (     ) (     )

IT IS HEREBY STIPULATED by the undersigned:

     1.  All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United
States Magistrate Judge conduct all further proceedings in this action, including any trial and entry
of final judgment.

     2.  Any appeal from a judgment entered in this case will lie to the Court of Appeals for the
Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3)
and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s) Gary S. Fish, Esq
Address  15 Maiden Lane # 1108,
Telephone NY, NY 10038; (212) 964-5100

_____
Attorney(s) for Defendant(s)
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

_____
Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____
U.S.D.J.

Magistrate Judge _____ was assigned this case on _____ .

_____
For:  Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99

JS 44C/SDNY
REV. 12/2005

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS *Marilyn Gutierrez, and Alexis Hernández*

DEFENDANTS *The City of New York, "John Doe," and "Richard Roe,"*

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) *Gary S. Fish, Esq. 15 Maiden Lane #1108 NY NY 10038; (212) 964-1 5100*

ATTORNEYS (IF KNOWN) *unknown*

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE) *42 U.S.C. Section 1983 – Unlawful Search, Seizure, Arrest + Imprisonment of Hispanic-Americans*

Has this or a similar case been previously filed in SDNY at any time? No ☒ Yes? ☐   Judge Previously Assigned

If yes, was this case   Vol ☐   Invol. ☐   Dismissed.   No ☐   Yes ☐   *N/A*   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

### ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 MIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 246 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[x] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION *N/A*
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____   DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: ☒ YES ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)                                ORIGIN

☒ 1 Original        ☐ 2a. Removed from  ☐ 3 Remanded from  ☐ 4 Reinstated or   ☐ 5 Transferred from  ☐ 6 Multidistrict   ☐ 7 Appeal to District
    Proceeding             State Court        Appellate Court     Reopened           (Specify District)      Litigation           Judge from
                    ☐ 2b. Removed from State Court                                                                               Magistrate Judge
                          AND at least one party is a pro se litigant                                                            Judgment

(PLACE AN x IN ONE BOX ONLY)                    BASIS OF JURISDICTION                            IF DIVERSITY, INDICATE
☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 FEDERAL QUESTION     ☐ 4 DIVERSITY               CITIZENSHIP BELOW.
                                              (U.S. NOT A PARTY)                                 (28 USC 1332, 1441)

        N/A        CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

        (Place an [X] in one box for Plaintiff and one box for Defendant)

|                        | PTF | DEF |                          | PTF | DEF |                                   | PTF | DEF |
| CITIZEN OF THIS STATE  | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A  | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE  | [ ]5 | [ ]5 |
|                        |     |     | FOREIGN COUNTRY          |     |     | OF BUSINESS IN ANOTHER STATE       |     |     |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE | [ ]4 | [ ]4 | FOREIGN NATION                | [ ]6 | [ ]6 |
|                        |     |     | OF BUSINESS IN THIS STATE |     |     |                                   |     |     |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

173 23rd Avenue, Patterson, New Jersey 07513
County of Patterson, New Jersey

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

All Defendants 530 Municipal Building
NY, NY (0000)

DEFENDANT(S) ADDRESS UNKNOWN
   REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:     ☐ WHITE PLAINS     ☒ FOLEY SQUARE
            (DO NOT check either box if this a PRISONER PETITION.)

DATE          SIGNATURE OF ATTORNEY OF RECORD              ADMITTED TO PRACTICE IN THIS DISTRICT
7-16-07       Gary A. Fish                                 [ ] NO
RECEIPT #                                                  [☒] YES (DATE ADMITTED  Mo. 8  Yr. 1989)
                                                           Attorney Bar Code # 6551

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)