AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

Marilyn Guttierez and Alexis Hernandez

v.

City of New York, et al.

APPEARANCE

Case Number: 07 CV 6424

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

August 2, 2007
Date

Signature

SR 4272
Print Name                                    Bar Number

Suzette Corinne Rivera
Address

100 Church Street, New York, NY  10007
City                    State                Zip Code

(212) 788-9567                    (212) 788-9776
Phone Number                                  Fax Number