

ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/07

AUG 0 7 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

August 6, 2007

BY HAND
Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Guttierez et al. v. The City of New York et al.</u>, 07 CV 6424 (HB)

Dear Judge Baer:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York ("City") in the above referenced matter. I write to respectfully request an enlargement of time, from August 7, 2007, to October 8, 2007, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time and is made on consent.

  The complaint alleges, *inter alia*, that plaintiffs Marilyn Guttierez and Alexis Hernandez were falsely arrested, maliciously prosecuted and illegally searched. Before this Office can adequately respond to the complaint, we need to conduct an investigation into plaintiff's allegations. An enlargement of time will afford us the opportunity to investigate this matter.

  In addition, upon information and belief, the records of the underlying action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office will promptly forward to plaintiffs' counsel, for execution by plaintiffs, a consent and authorization for the release of sealed records so that the information can be accessed, the case can be properly assessed and a response to the complaint can be framed.

In view of the foregoing, I respectfully request that the Court extend the City's time to answer or otherwise respond to the complaint until October 8, 2007[1].

Thank you for your consideration in this regard.

Respectfully submitted,

Suzette Corinne Rivera (SR 4272)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: BY FAX
Gary Fish, Esq.
Attorney for Plaintiffs
(212) 349-1887

*[Handwritten annotation: Enlargement of time to answer granted to Oct 8, 07]*

*SO ORDERED:* [signature] Harold Baer Jr., U.S.D.J.
8/14/07

---

[1] There is a Pre Trial Conference scheduled in this matter for September 8, 2007.

2